UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

DERRICK CAMPBELL, for himself and on behalf of all others similarly situated,

                    Plaintiff,

v.

EMPIRE MERCHANTS, LLC,

                    Defendant.

Civil No.: 16 CV 5643-ENV-SMG

**STIPULATION AND ORDER RE: TOLLING OF FAIR LABOR STANDARDS ACT STATUTE OF LIMITATIONS**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the parties that the statute of limitations for the filing of a consent to become a party plaintiff in this action with respect to Fair Labor Standards Act claims, pursuant to 29 U.S.C. § 216(b), shall be tolled as of February 10, 2017 and shall remain tolled until thirty (30) days after the Court issues an Order determining a summary judgment motion to be filed by Defendant. This stipulation may be signed in counterparts and facsimile signatures shall be deemed originals.

Dated: New York, New York
       April 13, 2017

| | |
|---|---|
| THE HARMAN FIRM, LLP | EPSTEIN BECKER & GREEN, P.C. |
| By: _/s/_____ | By: _/s/_____ |
| Walker G. Harman, Jr., Esq. | Allen B. Roberts, Esq. |
| Edgar M. Rivera, Esq. | Adriana S. Kosovych, Esq. |
| 220 Fifth Avenue, Suite 900 | 250 Park Avenue |
| New York, New York 10177 | New York, New York 10177-1211 |
| Tel: (212) 351-3780 | Tel: (212) 351-4500 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Empire Merchants, LLC* |

SO ORDERED:

_____
Steven M. Gold, U.S.M.J.

FIRM:43016348