# THE HARMAN FIRM, LLP
Attorneys & Counselors At Law
www.theharmanfirm.com

Walker G. Harman, Jr.
220 Fifth Avenue, Suite 900
New York, New York 10001
T 212.425.2600 F 212.202.3926
E wharman@theharmanfirm.com

October 17, 2017

**Via ECF**

Hon. Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re:** *Campbell v. Empire Merchants, LLC*, 16 CV 5643

Dear Judge Vitaliano:

    We represent Plaintiff Derrick Campbell in the above-referenced action. On September 18, 2017, Defendant served its Motion for Partial Summary Judgment. We write to respectfully request that the Court modify the briefing schedule as follows, to which Defendant consents:

    **Plaintiff's Opposition:** November 6, 2017 (presently due October 23, 2017)
    **Defendant's Reply:** December 21, 2017 (presently due November 21, 2017)

This request is made because Plaintiff's counsel has been inundated with motion practice, depositions, and settlement conferences in other matters this month. Defendant's counsel consents to the request, provided that Defendant's time to serve its reply and to file the fully briefed motion is extended as set forth above, due to the intervening Thanksgiving holiday and other commitments which include a jury trial currently scheduled to commence on December 4, 2017, and subject to a possible request by Defendant for a further extension if the trial schedule changes or if the length of trial or post-trial motion practice so require.

    Thank you for Your Honor's time and attention to this matter.

                Respectfully submitted,

                Walker G. Harman, Jr.

cc:    All Counsel of Record (via ECF)