# EMPIRE MERCHANTS

## Local 917

### Empire Merchants Pay Practices

Date 3/31/2016

The current rate of pay for WAREHOUSE is $14.00 per hour.

Pay day is weekly, usually every Thursday.

Overtime is paid for any hours worked before and after the regular start tie in excess of 8 hours a day and/or 40 hours in one week at the rate of 1.5 regular hours.

_Derrick Campbell_
Print Name

_D. Campbell_
Signature



DEFENDANT'S EXHIBIT
5
3/27/17

EM000173

# EMPIRE MERCHANTS

## Local 1 Warehouse

### Empire Merchants Pay Practices

Date 3/31/2016

The current rate of pay for WAREHOUSE is $13.00 per hour.

Pay day is weekly, usually every Thursday.

Overtime is paid for any hours worked before and after the regular start tie in excess of 8 hours a day and/or 40 hours in one week at the rate of 1.5 regular hours.

*DERRICK CAMPBELL*
Print Name

*D. Campbell*
Signature



DEFENDANT'S EXHIBIT 6
3/27/17

EM000172