Sep 08 16,05:52p    home                                    7184716520                p.7

# Earnings Statement

**EMPIRE MERCHANTS, LLC**
16 BRIDGEWATER ST
BROOKLYN, NY 11222
718-383-5500

CO. FILE  DEPT.  CLOCK NUMBER
EMN  605273  20063B  0020126928  1       156-0001

Period Beginning: 04/03/2016
Period Ending: 04/09/2016
Pay Date: 04/07/2016

DERRICK L CAMPBELL
442 BEACH 48TH STREET
#1
FAR ROCKAWAY NY 11691

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 1
 NY: 0
 New York Cit: 0

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.0000 | 8.00 | 112.00 | 112.00 |
| **Gross Pay** | | | **$112.00** | 112.00 |

| Deductions Statutory | this period | year to date |
|---|---|---|
| Social Security Tax | -6.94 | 6.94 |
| Medicare Tax | -1.62 | 1.62 |
| New York Cit Income Tax | -0.12 | 0.12 |

**Net Pay** $103.32
**Net Check** $103.32

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Elig | | 112.00 |

Your federal taxable wages this period are $112.00

◀ TEAR HERE    © 1998, 2006, ADP, LLC All Rights Reserved.

P00001...


DEFENDANT'S EXHIBIT
3-A
3/27/17

Sep 08 16,05:52p       home                                                7184716520                    p.9

# Earnings Statement

**ADP**

CO  FILE    DEPT.     CLOCK  NUMBER
EMN 605273  200638           0020132133  1

EMPIRE MERCHANTS, LLC                               122-0001
16 BRIDGEWATER ST
BROOKLYN, NY 11222
718-383-5500

Period Beginning:  04/10/2016
Period Ending:     04/16/2016
Pay Date:          04/14/2016

DERRICK L CAMPBELL
442 BEACH 48TH STREET
#1
FAR ROCKAWAY NY 11691

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 1
 NY:      0
 New York Cit: 0

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 8.00 | 104.00 | 216.00 |
| Overtime | 19.5000 | 2.50 | 48.75 | 48.75 |
| **Gross Pay** | | | **$152.75** | 264.75 |

| Deductions | | |
|---|---|---|
| Statutory | | |
| Social Security Tax | -9.47 | 16.41 |
| Medicare Tax | -2.22 | 3.84 |
| NY State Income Tax | -0.03 | 0.03 |
| New York Cit Income Tax | -0.89 | 1.01 |
| **Net Pay** | **$140.14** | |
| **Net Check** | **$140.14** | |

Your federal taxable wages this period are $152.75

Other Benefits and Information | this period | total to date
401K Elig | 152.75 |

◀ TEAR HERE     © 1998, 2006. ADP, LLC All Rights Reserved.                        P00002

Sep 08 16,05:51p   home                       7184716520                  p.5

CO  FILE    DEPT.      CLOCK NUMBER
EMN 605273  20063B     00201474339  1

EMPIRE MERCHANTS, LLC                               201-0001
16 BRIDGEWATER ST
BROOKLYN, NY 11222
718-383-5500

# Earnings Statement

Period Beginning: 05/01/2016
Period Ending:    05/07/2016
Pay Date:         05/05/2016

DERRICK L CAMPBELL
442 BEACH 48TH STREET
#1
FAR ROCKAWAY NY 11691

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal:     1
  NY:          0
  New York Cit: 0

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 23.75 | 308.75 | 524.75 |
| Overtime | 19.5000 | 2.00 | 39.00 | 87.75 |
| **Gross Pay** | | | **$347.75** | 612.50 |

| Deductions | this period | year to date |
|---|---|---|
| Statutory | | |
| Federal Income Tax | -10.55 | 10.55 |
| Social Security Tax | -21.57 | 37.98 |
| Medicare Tax | -5.04 | 8.88 |
| NY State Income Tax | -8.00 | 8.03 |
| New York Cit Income Tax | -5.60 | 6.61 |
| **Net Pay** | **$296.99** | |
| **Net Check** | **$296.99** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Elig | | 347.75 |

Your federal taxable wages this period are $347.75

P00003

◀ TEAR HERE   © 1998, 2006. ADP, LLC  All Rights Reserved.

ADP

Sep 08 16,05:51p   home   7184716520   p.6

# Earnings Statement

CO. FILE DEPT. CLOCK NUMBER
EMN 605273 200638 0020158680 1 130-0001

EMPIRE MERCHANTS, LLC
16 BRIDGEWATER ST
BROOKLYN, NY 11222
718-383-5500

Period Beginning: 05/08/2016
Period Ending: 05/14/2016
Pay Date: 05/12/2016

DERRICK L CAMPBELL
442 BEACH 48TH STREET
#1
FAR ROCKAWAY NY 11691

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 1
NY: 0
New York Cit: 0

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 39.75 | 516.75 | 1,041.50 |
| Overtime | 19.5000 | 5.50 | 107.25 | 195.00 |
| Gross Pay | | | $624.00 | 1,236.50 |

| Deductions Statutory | | |
|---|---|---|
| Federal Income Tax | -39.42 | 49.97 |
| Social Security Tax | -38.68 | 76.66 |
| Medicare Tax | -9.05 | 17.93 |
| NY State Income Tax | -23.97 | 32.00 |
| New York Cit Income Tax | -15.61 | 22.22 |
| Net Pay | $497.27 | |
| Net Check | $497.27 | |

Your federal taxable wages this period are $624.00

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Elig | | 624.00 |

P00004

◀ TEAR HERE   © 1998, 2006. ADP, LLC All Rights Reserved.

Sep 08 16,05:51p   home   7184716520   p.3

# Earnings Statement

CO. FILE DEPT. CLOCK NUMBER
EMN 605273 20063B 0020172801 1   163-0001

EMPIRE MERCHANTS, LLC
16 BRIDGEWATER ST
BROOKLYN, NY 11222
718-383-5500

Period Beginning: 05/29/2016
Period Ending: 06/04/2016
Pay Date: 06/02/2016

DERRICK L CAMPBELL
442 BEACH 48TH STREET
#1
FAR ROCKAWAY NY 11691

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  NY: 0
  New York Cit: 0

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 8.00 | 104.00 | 1,481.50 |
| Regular | 14.0000 | 24.00 | 336.00 | |
| Overtime | 19.5000 | .25 | 4.88 | 220.88 |
| Overtime | 21.0000 | 1.00 | 21.00 | |
| **Gross Pay** | | | **$465.88** | 1,702.38 |

| Deductions Statutory | | |
|---|---|---|
| Federal Income Tax | -22.36 | 72.33 |
| Social Security Tax | -28.89 | 105.55 |
| Medicare Tax | -6.75 | 24.68 |
| NY State Income Tax | -14.31 | 46.31 |
| New York Cit Income Tax | -9.69 | 31.91 |

**Net Pay** $383.88
**Net Check** $383.88

Your federal taxable wages this period are $465.88

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Elig | | 465.88 |

ADP

P00005

◀ TEAR HERE     © 1998, 2006. ADP, LLC  All Rights Reserved.

Sep 08 16, 05:51p   home   7184716520   p.4

# Earnings Statement

CO. EMN FILE 605273 DEPT. 20063B CLOCK NUMBER 0020178419 1  209-0001

EMPIRE MERCHANTS, LLC
16 BRIDGEWATER ST
BROOKLYN, NY 11222
718-383-5500

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 1
NY: 0
New York Cit: 0

Period Beginning: 06/05/2016
Period Ending: 06/11/2016
Pay Date: 06/09/2016

DERRICK L CAMPBELL
442 BEACH 48TH STREET
#1
FAR ROCKAWAY NY 11691

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 15.25 | 198.25 | 1,903.75 |
| Regular | 14.0000 | 16.00 | 224.00 | |
| Overtime | 21.0000 | 2.25 | 47.25 | 268.13 |
| Gross Pay | | | $469.50 | 2,171.88 |

| Deductions | this period | year to date |
|---|---|---|
| Statutory | | |
| Federal Income Tax | -22.73 | 95.06 |
| Social Security Tax | -29.11 | 134.66 |
| Medicare Tax | -6.81 | 31.49 |
| NY State Income Tax | -14.52 | 60.83 |
| New York Cit Income Tax | -9.83 | 41.74 |

Net Pay   $386.50
Net Check  $386.50

Your federal taxable wages this period are $469.50

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Elig | | 469.50 |

ADP

P00006

◀ TEAR HERE   © 1998, 2006. ADP, LLC  All Rights Reserved.

Sep 08 16,05:50p    home    7184716520    p.1

# Earnings Statement

CO. FILE DEPT. CLOCK NUMBER
EMN 605273 20063B 0020183177 1

EMPIRE MERCHANTS, LLC
16 BRIDGEWATER ST
BROOKLYN, NY 11222
718-383-5500

160-0001

Period Beginning: 06/12/2016
Period Ending: 06/18/2016
Pay Date: 06/16/2016

DERRICK L CAMPBELL
442 BEACH 48TH STREET
#1
FAR ROCKAWAY NY 11691

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 1
 NY: 0
 New York Cit: 0

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 32.00 | 416.00 | 2,319.75 |
| Overtime | 19.5000 | .50 | 9.75 | 277.88 |
| **Gross Pay** | | | **$425.75** | 2,597.63 |

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | | -19.35 | 113.41 |
| Social Security Tax | | -26.39 | 161.05 |
| Medicare Tax | | -6.18 | 37.67 |
| NY State Income Tax | | -11.94 | 72.77 |
| New York Cit Income Tax | | -8.21 | 49.95 |
| **Net Pay** | | | **$354.68** |
| **Net Check** | | | **$354.68** |

Other Benefits and Information | this period | total to date
401K Elig | 425.75 |

Your federal taxable wages this period are $425.75

P00007

TEAR HERE   © 1999, 2006. ADP, LLC. All Rights Reserved.

ADP

Sep 08 16, 05:50p   home   7184716520   p.2

# Earnings Statement

CO. FILE DEPT. CLOCK NUMBER
EMN 605273 20063B 0020193709 1

EMPIRE MERCHANTS, LLC
16 BRIDGEWATER ST
BROOKLYN, NY 11222
718-383-5500

150-0001

Period Beginning: 06/19/2016
Period Ending: 06/25/2016
Pay Date: 06/23/2016

DERRICK L CAMPBELL
442 BEACH 48TH STREET
#1
FAR ROCKAWAY NY 11691

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 1
NY: 0
New York Cit: 0

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 32.00 | 416.00 | 2,735.75 |
| Overtime | 19.5000 | 2.50 | 48.75 | 326.63 |
| **Gross Pay** | | | **$464.75** | 3,062.38 |

| Deductions | | |
|---|---|---|
| Statutory | | |
| Federal Income Tax | -22.25 | 135.66 |
| Social Security Tax | -28.82 | 189.87 |
| Medicare Tax | -6.73 | 44.40 |
| NY State Income Tax | -14.24 | 87.01 |
| New York Cit Income Tax | -9.65 | 59.60 |
| **Net Pay** | **$383.06** | |
| **Net Check** | **$383.06** | |

Your federal taxable wages this period are $464.75

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Elig | 464.75 | |



P00008

◀ TEAR HERE   © 1998, 2006, ADP, LLC  All Rights Reserved.

Sep 08 16,05:52p   home   7184716520   p.8

# Earnings Statement

ADP

CO. FILE DEPT. CLOCK NUMBER
EMN 606273 20063B 0020198694 1

EMPIRE MERCHANTS, LLC
16 BRIDGEWATER ST
BROOKLYN, NY 11222
718-383-5500

151-0001

Period Beginning: 06/26/2016
Period Ending: 07/02/2016
Pay Date: 06/30/2016

DERRICK L CAMPBELL
442 BEACH 48TH STREET
#1
FAR ROCKAWAY NY 11691

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 1
NY: 0
New York Cit: 0

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 11.25 | 146.25 | 2,882.00 |
| Overtime | | | | 326.63 |
| | | Gross Pay | $146.25 | 3,208.63 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -9.07 | 198.94 |
| | Medicare Tax | -2.13 | 46.53 |
| | New York Cit Income Tax | | 60.37 |
| | Federal Income Tax | -0.77 | 135.66 |
| | NY State Income Tax | | 87.01 |
| | Net Pay | $134.28 | |
| | Net Check | $134.28 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Elig | | 146.25 |

Your federal taxable wages this period are $146.25

◀ TEAR HERE   © 1998, 2006. ADP, LLC All Rights Reserved.

P00009



19-50 48TH STREET. ASTORIA. NY 11105
TEL 800.834.3546
16 BRIDGEWATER STREET. BROOKLYN. NEW YORK 11222
TEL 718.383.5500

# EMPLOYMENT APPLICATIONS

Open house every WEDNESDAY 9:00am to 11:00am,

16 Bridgewater Street, (at the warehouse, end of Meeker Ave)

Brooklyn, NY 11222

718-383-5500 Ext: 9653 for more details

Warehouse workers needed day and night shifts and truck helpers making deliveries.

STARTED 4/30/16
END 7/22/16

NICK EXT 9205

P00010

# EMPIRE MERCHANTS

For Operations Associates

## V. PHYSICAL DEMANDS

The physical demands described here are representative of those that must be met by an associate to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this Job, the employee is regularly required to sit and use hands to finger, handle, or feel. The employee is frequently required to talk or hear. The employee is also regularly required to stand; walk; reach with hands and arms and stoop, kneel, crouch, or crawl. The employee must frequently lift and/or move up to 70 pounds. Specific vision abilities required by this job include close vision and ability to adjust focus.

## VI. WORKING CONDITIONS AND ENVIRONMENT

The work environment characteristics described here are representative of those an associate encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is regularly exposed to a normal office, warehouse and/or loading dock environment. Additionally, while performing the duties of this position, the associate may be exposed to outside weather conditions.

P00011